UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GENERAL ORDER 09 – 1
January 6, 2009

*REGARDING THE E–GOVERNMENT ACT AND PERSONAL IDENTIFIERS*

    In compliance with the Policy of the Judicial Conference of the United States and the E–Government Act of 2002, in all civil and criminal actions, counsel and pro se litigants shall read and comply with Local Rule 5.3 governing personal data identifiers (that is: social security numbers; dates of birth; names of minor children; and financial account numbers). These personal identifiers shall be redacted before documents, including exhibits, are filed for the public file within the CM/ECF system. Failure to comply with the Local Rule may result in sanctions (such as the striking of a pleading or the imposition of monetary penalties).

 So Ordered.

| | |
|---|---|
| Mark L. Wolf | Joseph L. Tauro |
| Chief Judge | United States District Judge |
| | |
| Rya W. Zobel | William G. Young |
| United States District Judge | United States District Judge |
| | |
| Douglas P. Woodlock | Nathaniel M. Gorton |
| United States District Judge | United States District Judge |
| | |
| Richard G. Stearns | Reginald C. Lindsay |
| United States District Judge | United States District Judge |
| | |
| Patti B. Saris | Nancy Gertner |
| United States District Judge | United States District Judge |
| | |
| Michael A. Ponsor | George A. OToole |
| United States District Judge | United States District Judge |
| | |
| F. Dennis Saylor IV | Edward F. Harrington |
| United States District Judge | Senior United States District Judge |
| | |
| Morris E. Lasker | |
| Senior United States District Judge | |