# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3

 4    *********************************
      JONATHAN GREEN,
 5                       Plaintiff

 6    vs.                              No. 09-11705-NG

 7    CITY OF BOSTON; EDWARD DAVIS,
      in his capacity as Chief of the
 8    Boston Police Dept.;
      TIMOTHY McCARTHY, individually
 9    and in his official capacity as an
      Employee, Agent, and/or Officer
10    of the Boston Police Department,
                            Defendants
11    *********************************

12

13                           VOLUME:  II

14                           PAGES:  126-131

15

16

17    SCHEDULED DEPOSITION of JONATHAN GREEN

18            Tuesday, March 20, 2012

19                   10:00 a.m.

20          City of Boston Law Department

21                   City Hall

22             Boston, Massachusetts

23       Megan M. Castro, Court Reporter

24
```

```
1    APPEARANCES:
2    CITY OF BOSTON LAW DEPARTMENT
3     Michelle K. Hinkley, Esquire
4     Lisa S. Maki, Esquire
5     City Hall
6     Room 615
7     Boston, Massachusetts  02201
8     617-635-4042
9     on behalf of the Defendants
```

```
 1                         I N D E X

 2      Witness                                    Page

 3      JONATHAN GREEN

 4       Direct Examination by Ms. Hinkley    129

 5

 6

 7

 8                       E X H I B I T S

 9      Number                                     Page

10       5   Notice of Taking Deposition      129

11

12

13      (The original exhibit was retained by the court

14      reporter and attached to the original transcript.)
```

```
 1                P R O C E E D I N G S
 2                       - - -
 3          MS. HINKLEY:  We are here today to resume
 4   the suspended deposition of the plaintiff,
 5   Jonathan Green.  The original deposition took
 6   place on August 16, 2011.  That deposition was
 7   resumed because medical records were lacking.
 8          The plaintiff was sent a notice of
 9   deposition for today, March 20th, at 10 a.m.,
10   which will be marked as Exhibit 5.  It is now
11   11 o'clock, and the plaintiff has failed to
12   appear.
13          I did call plaintiff's attorney, Gordon
14   Spencer, at 10:30 asking him whether or not he
15   intended to appear today with his client.  I
16   reached Attorney Spencer's voicemail notifying
17   him that I would go on the record at 11 o'clock
18   making a record of the plaintiff's failure to
19   appear.
20          Additionally, the original deposition was
21   suspended to accommodate Attorney Spencer's
22   schedule.  He had to be somewhere at around 2:30.
23          Thank you.
24          (Notice of Taking Deposition marked
```

1          Exhibit 5 for identification.)
2          (Whereupon, at 11:01 a.m., the deposition
3   was adjourned.)

```
 1                      CERTIFICATE

 2     Commonwealth of Massachusetts

 3     Suffolk, ss.

 4

 5            I, Megan M. Castro, a Notary Public in

 6     and for the Commonwealth of Massachusetts, do

 7     hereby certify:

 8            That JONATHAN GREEN, the witness whose

 9     deposition is hereinbefore set forth, did not

10     appear today.

11            IN WITNESS WHEREOF, I have hereunto set

12     my hand this 20th day of March, 2012.

13

14

15                   _____
                                Megan M. Castro
16                            Shorthand Reporter

17

18     My Commission expires:

19     August 23, 2013

20

21

22

23

24
```