# Gordon Spencer

| | |
|---|---|
| From: | Gordon Spencer [attyspencer@aol.com] |
| Sent: | Wednesday, March 28, 2012 10:46 AM |
| To: | 'Maki, Lisa' |
| Subject: | RE: depo |

Hey Lisa,

Just left a message for you.  Please call my cell.  I probably would have gotton the message the day of, if you had that number.  I have lost my paralegal and frankly, I am losing it.  I have had two trials in the past month, and with no support to answer the phone and properly file things, and keep my calendar in order, it has been hard.  I need to pick any dates you may have for the Green depo.

I appreciate your considerations in this regard

**From:** Maki, Lisa [mailto:Lisa.Maki@CityofBoston.gov]
**Sent:** Friday, March 23, 2012 9:38 AM
**To:** Gordon Spencer
**Subject:** RE: depo

Gordon,

I was not aware of any support issues, however, Michelle Hinkley called your office on the morning of the depo and left you a voicemail regarding the non-appearance and we have not heard from you.  Feel free to call me today.

Lisa



Lisa Skehill Maki
Assistant Corporation Counsel
City of Boston Law Department
One City Hall Plaza, Suite 615
Boston, MA 02201
Phone:  (617) 635-4022
Fax:    (617) 635-3199
Email:  Lisa.Maki@cityofboston.gov


**From:** Gordon Spencer [mailto:attyspencer@aol.com]
**Sent:** Thursday, March 22, 2012 10:37 PM
**To:** Maki, Lisa
**Subject:** depo

Lisa,

I just received notice of the motion to compel.  You may not be aware, but I have had support issues.  The notice was filed away in the client's file without calendaring my diary for it.   I have not heard from you at all about this matter.  We should talk about this.  May I call tomorrow?

Gordon W. Spencer, Esq.
945 Concord Street,

1