# Gordon Spencer

| | |
|---|---|
| **From:** | Gordon Spencer [attyspencer@aol.com] |
| **Sent:** | Wednesday, March 28, 2012 12:09 PM |
| **To:** | 'Maki, Lisa' |
| **Subject:** | One more thing |

I am in the process of drafting the motion, and would like to know what the cancellation cost of the stenographer is? Thanks.

Gordon W. Spencer, Esq.
945 Concord Street,
Framingham, MA 01701