## Gordon Spencer

| | |
|---|---|
| **From:** | Gordon Spencer [attyspencer@aol.com] |
| **Sent:** | Wednesday, March 28, 2012 2:28 PM |
| **To:** | 'Maki, Lisa' |
| **Subject:** | Still waiting |

Just waiting on the figure so I can complete the motion. I am offering to pay the stenographer's cost, and need to know the figure. I would presume that offering the pay the cost will not change your mind about pursuing the motion. If not, please just forward the figure.

Gordon W. Spencer, Esq.
945 Concord Street,
Framingham, MA 01701

1