# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC NO. 1:09-11705-NG

JONATHAN GREEN
    Plaintiff,

v.

TIMOTHY McCARTHY, the CITY OF BOSTON, the COMMISSIONER OF THE BOSTON POLICE DEPARTMENT EDWARD DAVIS,
    Defendants.

## AFFIDAVIT OF COUNSEL

I, Michelle K. Hinkley, on oath do depose and state as follows:

1. I am an attorney in good standing licensed to practice in the Commonwealth of Massachusetts.

2. I represent the Defendants in the above-captained matter.

3. True and accurate copies of the above referenced documents are enclosed herewith for filing.

*Signed under the pains and penalties of perjury this 21st day of May, 2012.*

/s/Michelle K. Hinkley
Michelle K. Hinkley