# EXHIBIT E

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION:  09-11705-NMG

JONATHAN GREEN,                     )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
CITY OF BOSTON, EDWARD DAVIS,       )
in his capacity as Chief of the     )
Boston Police Department, TIMOTHY   )
McCARTHY, individually and in his   )
official capacity as an Employee,   )
Agent and/or Officer of the         )
Boston Police Department,           )
    Defendants.                     )

Vol:      I
Pages:    1 - 39
Exhibits: 1 - 3

YAFENG PAN

Tuesday, September 20, 2011, 10:24 a.m.
City of Boston
Law Department
City Hall, Room 615
Boston, Massachusetts 02201
--- Ann M. Lavoie, Court Reporter ---
REPORTERS, INC.
Capturing the Official Record
Tel: 617-786-7783 ** Fax: 617-639-0396
www.reportersinc.com

1        APPEARANCES OF COUNSEL

2

3   For the Plaintiff JONATHAN GREEN

4

    LAW OFFICE OF GORDON W. SPENCER

5   By:  Gordon W. Spencer, Esq.
         945 Concord Street

6        Framingham, Massachusetts 01701
         attyspencer@aol.com

7        508-231-4822

8

9

10  For the Defendant CITY OF BOSTON

11

    CITY OF BOSTON LAW DEPARTMENT

12  By:  Lisa Skehill Maki, Esq.
         City Hall

13       Room 615
         Boston, Massachusetts 02201

14       Lisa.Maki@cityofboston.gov
         617-635-4022

15

16

    ALSO PRESENT:

17       Ms. Yingjie Abel, Mandarin Interpreter

18

19

20

21

22

23

24

I N D E X

Testimony of:                                    Page

Yafeng Pan

    By Ms. Skehill Maki                         4

I N D E X   O F   E X H I B I T S

No.  Description                              Page

1    Deposition Subpoena                      4
2    Black-and-White Copy of Photograph       18
3    Hand-Drawn Diagram                       38

*** EXHIBITS RETAINED BY COUNSEL ***

1    Q.  Where were you born?

2    A.  China.

3    Q.  When did you come here?

4    A.  1998.

5    Q.  Are you a citizen?

6    A.  Yes, right now.

7    Q.  What's the highest level of education you

8  received?

9    A.  I finished a little bit of college.

10   Q.  Where did you go to college?

11   A.  At Quincy.

12   Q.  Is that Quincy College?

13   A.  Yes.

14   Q.  I'm going to call your attention to May 7,

15  2007.  Do you recall that day?

16   A.  Yes.

17   Q.  Do you understand why you're here today?

18   A.  Yes.  I know.

19   Q.  What is your understanding of why you're

20  here today?

21   A.  To give a deposition.

22   Q.  Were you working on May 7, 2007?

23   A.  Yes.

24   Q.  At the 7-Eleven on 252 West Newton Street

1   in Boston?

2         A.   Yes.

3         Q.   What is your usual shift?

4         A.   Always from 10:00 to 7:00 in the evening.

5   Sometimes there is overtime.

6         Q.   Is that 10:00 in the morning until 7:00 at

7   night?

8         A.   Yes.

9         Q.   Monday through Friday.

10        A.   No.   Right now only Monday but previously

11  yes.

12        Q.   Typically you work Monday through Friday

13  but right now you don't.

14        A.   Right.

15        Q.   In 2007 did you work Monday through Friday?

16        A.   Yes.

17        Q.   How long had you been working Monday

18  through Friday, the 10 a.m. to 7 p.m. shift, in

19  2007?

20        A.   Five years.

21        Q.   On your shift how many other people worked

22  with you?

23        A.   Normally there would be two people on the

24  shift.

1     Q.  Two people including you.

2     A.  Right.

3     Q.  Who was the other person typically on the

4 10 a.m. to 7 p.m. shift?

5     A.  Mr. Pan.

6     Q.  That's your uncle Mr. Pan.

7     A.  Yes.

8     Q.  What were your responsibilities during your

9 shift?

10     A.  Cashier.

11     Q.  Other than cashier did you have any other

12 responsibilities?

13     A.  Did some accounting, some number work.

14     Q.  Did you have to stock shelves?

15     A.  Sometimes.

16     Q.  Other than stocking shelves, accounting and

17 cashier did you do anything else during your shift?

18     A.  No.

19     Q.  I see that you're wearing glasses today.

20 What do you need them for?

21     A.  Because I'm nearsighted.  Normally I wear

22 contact lenses.

23     Q.  Do you wear contact lenses or glasses every

24 day?

1       A.   Yes.

2       Q.   How many cash registers are at the 7-Eleven

3   at 252 West Newton Street?

4       A.   Two.

5       Q.   Are they always both operational?

6       A.   Yes.

7       Q.   Is it that one person during the shift is

8   working on one register and the other person is

9   working on the other register?  Do you alternate?

10  Is it just two registers when it's busy?

11      A.   Two people rotate.

12      Q.   Two people rotate on one register.

13      A.   There are two registers.  There's no

14  restriction as to which register to be used.

15      Q.   At all times are two people operating two

16  registers?

17      A.   Yes.

18      Q.   At some point on May 7, 2007, do you recall

19  a group of teenagers coming into the 7-Eleven?

20      A.   Two of them.

21      Q.   Had you seen these teenagers before?

22      A.   Yeah.  I did.  They just came here for

23  trouble.

24      Q.   The teenagers came in for trouble.

1      A.   Yeah.

2      Q.   Can you please explain what you mean by the

3  two teenagers came in for trouble?

4      A.   They took a dollar bill with them standing

5  somewhere in the middle and wanted to steal the

6  candies.

7      Q.   Why do you think that these two teenagers

8  were trying to steal candy?

9      A.   I saw them.  They would have one person

10 hide somewhere so I wouldn't be able to see.  When I

11 walked over there, they were not so happy.

12     Q.   Where did you walk to that upset the

13 teenagers?

14     A.   Because our candies were located in the

15 middle of the store.  Our candies normally cost

16 $1.09, and they didn't have that much money.  They

17 came not once.  They came quite a few times.

18     Q.   Let me back up.  What time did these two

19 teenagers come into the 7-Eleven?

20     A.   I remember around the noontime.

21     Q.   Considering that your shift is

22 approximately nine hours long, I want to make sure

23 we're talking about the incident that we're here for

24 today.

1       MS. SKEHILL MAKI:  I just want Ms.

2   Pan to listen to the question from you very

3   carefully and make sure she only answers the

4   question that's being asked.

5       Q.  (By Ms. Skehill Maki) Do you understand the

6   questions that are being asked?

7       A.  I understand.

8       Q.  With respect to the two teenagers that came

9   into the store you testified earlier that you

10  believed them to be stealing candy from a middle

11  aisle.  When you observed what you believed you

12  observed, what did you do?

13      A.  They were standing there with one person

14  trying to hide or block a view.

15                  MR. SPENCER:  The question was,

16  What did you do?

17      A.  I walked there, because I wanted to walk

18  and stand by their side.

19      Q.  When the teenagers came in, were you behind

20  the register then?

21      A.  Yes.

22      Q.  After they came in and went over to the

23  candy aisle, did you also walk over to the candy

24  aisle?

1      A.   Yes.

2      Q.   What did you do while you were standing in

3  the candy aisle?

4      A.   I just stood there.   I was pretending I had

5  put stuff on the shelf.

6      Q.   Were you doing that so you could observe

7  what the two teenagers were doing?

8      A.   Yes.

9      Q.   Did you say anything to them?

10     A.   No.

11     Q.   Did they say anything to you?

12     A.   They were swearing with very dirty words.

13     Q.   Were they swearing at you?

14     A.   They should be.

15     Q.   I don't understand why they should be

16  swearing at you.   Clarify.

17     A.   Because I was there standing beside them.

18  They were not happy.

19     Q.   How did they express their unhappiness?

20     A.   They were using very bad swearing words.

21     Q.   Were they speaking to each other or

22  speaking directly to you?

23     A.   They were swearing together.   They were

24  swearing, matching.

1    Q.   Do you know if his name is Jonathan Green?

2              MR. SPENCER:   Objection.

3    A.   No.

4    Q.   Is that the individual that you were just

5    about to speak about, the picture of Exhibit 2?

6              MR. SPENCER:   Objection.

7    A.   Yes.

8    Q.   You testified earlier that you went behind

9    the register to help Mr. Pan, and you said the name

10   Mr. Green.   Please go forward.

11   A.   He was reading the newspaper.   There were a

12   lot of people, so we had to keep an eye on people.

13   Some people wanted to steal just because we seem to

14   be too busy with customers.

15   Q.   Does your store have a lot of difficulty

16   preventing theft?

17   A.   We also have cameras, but the cameras were

18   actually in the basement, so we had to use our eyes

19   to watch.

20   Q.   Typically does your store lose a lot of its

21   merchandise due to theft?

22   A.   Yes.

23   Q.   As you're standing behind the cashier and

24   you identified Mr. Green as reading the newspaper,

1    what happened next?

2       A.   He said, Why are you staring at me?   Just

3    because I'm black?

4       Q.   He said that to you.

5       A.   Yes.

6       Q.   Had you been looking at Mr. Green?

7       A.   Yeah, because he was standing there very

8    strangely and it was kind of scarey.

9       Q.   Can you describe why it was scarey?

10       A.   He was walking back and forth there and

11    swearing.   He was swearing with a very loud voice.

12       Q.   Who was he swearing at?

13       A.   He was swearing.   Definitely he was

14    probably swearing at whoever would stare at him.

15       Q.   While you're behind the register are you

16    actually ringing people up at this point?

17       A.   Repeat the question.

18       Q.   You testified that you went behind the

19    register because it was so busy.   Were you actually

20    ringing up customers at this point?

21       A.   Yeah.   I got busy with doing the cashing

22    machine, but I also was keeping an eye on customers.

23       Q.   Where were the two teenagers that had been

24    in the candy aisle at this point after you went

1  behind the register?

2       A.   They walked over to the cash register to

3  stand in the line.

4       Q.   Then what happened?

5       A.   Then, this person right here, he was

6  swearing.  He was saying racial discrimination and

7  he was referring to us discriminating against him

8  because he was black.

9       Q.   When you say "this person right here," are

10  you referring to this man that's in the photograph

11  marked as Exhibit 2?

12       A.   Yes.

13       Q.   What else happened?

14       A.   Then there was another person.  He was

15  wearing plainclothes.  I didn't initially know that

16  he was a police person.

17       Q.   What else?

18       A.   He then talked to him.

19                 THE INTERPRETER:  The interpreter

20  would like you to know that there are three ways to

21  translate that sentence.  One is, What's the matter?

22  What's up?  What's wrong?

23       Q.   (By Ms. Skehill Maki) Who did the police

24  officer say "What's the matter," "What's up,"

1   "What's wrong" to?

2        A.   He was talking to the man in Exhibit 2.

3        Q.   Did you say anything to the police officer?

4        A.   No.

5        Q.   How did you know the man in the store was a

6   police officer?

7        A.   He did show his badge to him.

8        Q.   Prior to him showing his badge did you know

9   that that man was a police officer?

10       A.   No.  Not at the beginning.  He was wearing

11  Red Sox clothes.

12       Q.   After the police officer said, What's up,

13  to the man in Exhibit 2, what happened?

14       A.   Then he said, None of your business.  That

15  means he was saying, None of your business to the

16  police officer.

17       Q.   What happened next?

18       A.   Then he was talking very loudly.  A lot of

19  customers were looking at him.  Some customers were

20  actually scared.  They were standing there.

21       Q.   Where was the man that's pictured in

22  Exhibit 2 standing, when he was talking really loud?

23       A.   He was standing by the register.  Because

24  my newspaper stand was on the side, he was actually

1  discussion.  Can you tell me what happened after

2  that?

3      A.  Then the police started saying, If you have

4  no business here, please leave the place.

5      Q.  What happened after that?

6      A.  Then the police had the money.  Then they

7  actually walked out together.

8      Q.  Did the police officer purchase any items?

9      A.  Actually, did he buy anything?  I was kind

10 of scared.  I didn't actually do the cashier work

11 for him.

12     Q.  Why were you scared?

13     A.  Because he was so loud.  It looked like he

14 was going to get into a fight.

15     Q.  Who did it look like he was going to get

16 into a fight with?

17     A.  He was yelling very loud.  He was saying,

18 None of your business, to the police officer.  He

19 wanted the police to leave.

20     Q.  Other than saying, None of your business,

21 to the police officer, did you hear the man depicted

22 in Exhibit 2 say anything else?

23     A.  Afterwards the police actually asked him to

24 leave.

1  2 and the police officer?

2      A.   Two police cruisers arrived.  They took him

3  away.

4      Q.   Did you see the man in Exhibit 2 get

5  handcuffed?

6      A.   Yes.

7      Q.   Where was he handcuffed?

8      A.   He was standing there.  He was handcuffed

9  from his back.

10      Q.   His hands were behind his back.

11      A.   Right.

12      Q.   How many officers were around him, when he

13  was being cuffed?

14      A.   It seems that there were two or three.

15      Q.   Were they near a police cruiser, when he

16  was being handcuffed?

17      A.   Yeah.

18      Q.   After he was handcuffed, did you see

19  anything else?

20      A.   It looked like he wanted to run away, I

21  thought.

22      Q.   Describe why you think it looked like he

23  was trying to run away.

24      A.   Because two or three policemen were not

1    enough to press him down.

2         Q.   What do you mean by "press him down"?

3         A.   He looked like he was very furious.

4         Q.   Did you say fearless?

5         A.   Furious.

6         Q.   Furious or fearless.

7         A.   Furious.

8         Q.   Yes.

9         A.   Scary.

10        Q.   Prior to the man in Exhibit 2 getting

11   handcuffed, did you see what happened before that?

12        A.   Before that I wasn't sure.

13        Q.   Other than seeing Mr. Green handcuffed, did

14   you see anything going on between him and the police

15   officer before, while they were outside?

16        A.   I only heard loud arguments.  I didn't know

17   actually what they were saying.  At that point I was

18   with the cash register.

19        Q.   After the man in Exhibit 2 was handcuffed,

20   did you see him get into a police cruiser?

21        A.   Yes.

22        Q.   Did you ever see any of the officers take

23   the man in Exhibit 2 by the collar and smash his

24   head against the roof of the police cruiser?

1      MR. SPENCER:  Objection.

2      A.  No.  I just saw him being escorted.

3          THE INTERPRETER:  For your

4  information, counsel, the word is a Chinese word.

5  The interpreter will find the best way to describe

6  it.

7      A.  Escorted in the policeman's style.

8          MS. SKEHILL MAKI:  Is policeman's

9  style a word that you have chosen, is that Ms. Pan's

10  word?

11         THE INTERPRETER:  For your

12  information, maybe it's best if Ms. Pan described

13  the action.

14     Q.  (By Ms. Skehill Maki) Please describe the

15  action.

16     A.  Two or three police officers, they were

17  with their hands.  They pushed him into the car.

18     Q.  Prior to the man depicted in Exhibit 2

19  being pushed into the car, did you see any of the

20  officers strike Mr. Green or the man in Exhibit 2?

21     A.  No.

22     Q.  Can you describe the police officers that

23  you saw putting the man in Exhibit 2 into the car?

24     A.  Yes.  I was inside the store.

1    Q.  Prior to that day had you ever seen the man

2  pictured in Exhibit 2 before?

3    A.  I saw him twice or three times while he was

4  walking.  I believe he lived on St. Botolph.  I did

5  see him walking by.

6    Q.  Had he ever come into the 7-Eleven that you

7  worked at before?

8    A.  Before, you mean.

9    Q.  Before the day when this happened.

10   A.  Before this day, no.

11   Q.  Has he come in after May 7, 2007?

12   A.  He didn't come into the store afterwards.

13  I think he did dare not want to come in.

14   Q.  What do you mean by that?

15   A.  Afterwards he would think it was

16  troublesome.  I was just guessing.

17   Q.  The teenagers that you had observed in the

18  candy aisle and that are marked here as T1 and T2,

19  do you recall if they purchased any items that day?

20   A.  They bought chips for .  99 cents.

21   Q.  They purchased that from you at register 2.

22   A.  Yes.  I did it for them.

23   Q.  At any time did you see the police officer

24  who had been inside the store hit or strike the man

1  depicted in Exhibit 2?

2     A.  No.  I only heard the police officer saying

3  something like, You should leave this place.

4     Q.  After they had left the store, did you ever

5  see the police officer that had been inside the

6  store hit or strike Mr. Green, the man depicted in

7  Exhibit 2?

8     A.  No.  I was standing behind the cash

9  register.  I only saw them arguing.  That means that

10 he was arguing with the police officer.

11    Q.  I want to make sure my question is

12 understood.  While the two men were outside, the

13 police officer and the man depicted in Exhibit 2,

14 did you ever see the police officer hit or strike

15 Mr. Green or the man depicted in Exhibit 2?

16    A.  No.

17    Q.  Right now it's 11:40.  You said you had to

18 leave at 11:30.  I want to make sure you get out of

19 here.

20    A.  Because I have two children.  There will be

21 a school bus.

22    Q.  I understand that you have childcare

23 issues.  You arrived here at 10:20 this morning.

24 I've only been able to question you for an hour and