# EXHIBIT G



**Edward F Davis, Police Commissioner**

## INCIDENT REPORT

ORIGINAL  
STATUS: APPROVED

| KEY SITUATIONS | COMPLAINT NO. | RPT DIST. | CAD RA | RPT RA | CLEAR. DIST. |
|---|---|---|---|---|---|
| NONE | 070244268 | D4 | 000 | 0 | D4 |

| UCR INCIDENT DESCRIPTION | UCR FINAL INCIDENT DESCRIPTION | STATUS | DATE OCCURRED FROM | DATE OCCURRED TO |
|---|---|---|---|---|
| A&B ON POLICE OFFICER | A&B ON POLICE OFFICER | Cleared By Arrest | 05/07/2007 | |

| LOCATION OF INCIDENT | APT | DISPATCH TIME | TIME OCCURRED FROM | TIME OCCURRED TO |
|---|---|---|---|---|
| 00 W NEWTON ST/00 ST BOTOLPH ST | | 04:33 PM | 04:30 PM | |

| NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | WEATHER | LIGHTING |
|---|---|---|---|---|
| SOUTH END /LOWER ROXBURY | CONVENIENCE /GROCERY /SUPERMARKET STORE | FRONT DOOR | SUNNY - DAY | INSIDE - WELL LIT |

| TYPE OF WEAPON-TOOL | SUSPECT MODE OF TRANSPORTATION | VICTIM'S ACTIVITY | SUSPECT RELATIONSHIP TO VICTIM |
|---|---|---|---|
| HANDS | | | |

UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR

### PERSONS

**1**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| VICTIM | COMM OF MASS | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | | | | | 0 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| | | | | |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

**2**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| REPORTER | P.O. MCCARTHY | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 650 HARRISON AVE , BOSTON MA 02118-0000 | | | | 0 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | | | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| | | | (617)-343-4250 | |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

**3**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| WITNESS | PAN, CHUANGEN | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 252 W NEWTON ST , BOSTON MA 00000-0000 | MALE | ASIAN | 08/15/1958 | |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| 0-00 | 000 | N/A | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| CLERK | | | (617)-282-0622 | (000)-000-0000 |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

**4**

| TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | DOCKET NO. |
|---|---|---|---|---|
| WITNESS | PAN, ANNA | | 0 | |

| ALIAS | ADDRESS | GENDER | RACE | DOB | AGE |
|---|---|---|---|---|---|
| | 252 W NEWTON ST , BOSTON MA 00000-0000 | FEMALE | ASIAN | 04/03/1982 | 25 |

| HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| 0-00 | 000 | N/A | | |

| OCCUPATION | MARITAL STATUS | EMAIL ADDRESS | CONTACT #1 | CONTACT #2 |
|---|---|---|---|---|
| CLERK | | | (617)-282-0622 | (000)-000-0000 |

SPECIAL CHARACTERISTICS(INCLUDING CLOTHING)

| PERSONS | 5 | TYPE | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | | DOCKET NO. | |
|---|---|---|---|---|---|---|---|---|
| | | OFFENDER | GREEN, JONATHAN | 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 | 20070117604 | | | |
| | | ALIAS | ADDRESS | | GENDER | RACE | DOB | AGE |
| | | | 70 ST BOTOLPH ST, BOSTON MA 00000-0000 | | MALE | BLACK NON-HISPANIC | 03/16/1966 | 41 |
| | HEIGHT | WEIGHT | BUILD | | HAIR | | EYES | |
| | 6-03 | 175 | MEDIUM | | DARK BROWN | | BLACK | |
| | OCCUPATION | | MARITAL STATUS | EMAIL ADDRESS | | | CONTACT #1 | CONTACT #2 |
| | | | UNMARRIED | | | | | |
| | SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | | | | | |

**NARRATIVE AND ADDITIONAL INFORMATION:**

About 4:30 PM on 5/7/07, Officer McCarthy, MD601S assigned to the bio-tech conference at the Sheraton Hotel on-sited a disturbance at the Seven Eleven at 252 West Newton St. Officer observed a customer, later identified as Jonathan Green (DOB 3/16/66), yelling at employees of Seven Eleven Anna Pan and Chuangen Pan. Officer could hear Mr. Green yelling "You've been following those two other kids like they were trying to steal something" and "why were you following them around the store." At this time Officer McCarthy observed that Mr. Green was causing a scene in the store and was causing other customers to feel uncomfortable in the store. At this time Officer, who was wearing a cover jersey over his uniform shirt, intervened and asked Mr. Green to keep his voice down and pay for his items. Mr. Green replied "who are you, this is none of your business." Officer then displayed his badge and identified himself as a police officer and asked suspect to leave once again. Suspect refused and once again stated "its none of your business." Officer then gave the suspect a lawful command to leave the store due to the disturbance he was causing. Suspect began exiting the premise reluctantly, still stating that this was none of the Officers business. Suspect remained standing directly outside the door of Seven Eleven and began to make phone calls on his cellular phone asking Officer McCarthy for his name and badge number. Officer McCarthy obliged and asked suspect to start walking away from the store. Suspect replied "I don't have to go nowhere I'm on a public street." At this time suspect was still causing a disturbance that was disrupting the business atmosphere of the Seven Eleven, causing others not to enter the store. Officer then requested that suspect show him some identification. Suspect refused stating "I dont have to give you that, you should mind your own business." Suspect then began to walk away from Officer so Officer grabbed him by his shirt and said that he was not given permission to leave and he was being detained. D102F (Sacillotto and Nash) assisted Officer at this time. Suspect was ordered to place his hands behind his back and that he was under arrest for disorderly persons. Suspect refused and shoved Officer McCarthy when he attempted to place handcuffs on him. After a violent struggle with Officers McCarthy, Sacilotto and Nash, suspect was placed under arrest for disorderly conduct, assault and battery on a police officer and resisting arrest and transported to District 4 for processing by the D102. Also assisting were D104 (Chiola and Burke), D201 (Puopolo and Slyne). During the struggle Officer McCarthy suffered a minor injury to the middle finger on his right hand. Officer not in need of medical attention at this time, but finger remained somewhat swollen. Complaints to be sought out of Boston Municipal Court.

| UNIT ASSIGNED | SHIFT | REPORTING OFFICER'S NAME | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|
| MD601S | 3 | TIMOTHY MCCARTHY | 93867 | 0 |
| SPECIAL UNITS NOTIFIED(REPORTING) | | | | |
| AREA D-4 | | | | |
| DATE OF REPORT | TIME COMPLETED | APPROVING SUPERVISOR NAME | APPROVING SUPERVISOR ID | |
| 05/07/2007 | 05:50 PM | JAMES C GEORGILAS | 6533 | |

Requested by : 98237

Requested on : 03/09/2010 04:54:24 PM