# EXHIBIT H

**Jonathan Green**
**April 19, 2012**

1

```
                              VOLUME:        2
                              PAGES:         1-97
                              EXHIBITS:      5-9

              UNITED STATES DISTRICT COURT

                 DISTRICT OF MASSACHUSETTS

                         C.A. NO. 09-11705-NG

      _____

      JONATHAN GREEN

            Plaintiff

      V.

      CITY OF BOSTON, et al.

            Defendants

      _____

      (Full caption on following page)

                DEPOSITION OF JONATHAN GREEN

            Thursday, April 19, 2012, 10:20 a.m.

                  CITY OF BOSTON LAW DEPARTMENT

                       City Hall, Room 615

                  Boston, Massachusetts  02201


                ----- Sonya Lopes, RPR, CSR -----

                    _____

                         REPORTERS, INC.
                  CAPTURING THE OFFICIAL RECORD
                  617.786.7783/Fax 617.639.0396
                        www.reportersinc.com
```

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3                          C.A. NO. 09-11705-NG
 4    _____
 5    JONATHAN GREEN
 6         Plaintiff
 7    V.
 8    CITY OF BOSTON; EDWARD DAVIS, in his
 9    capacity as Chief of the Boston
10    Police Dept.; TIMOTHY McCARTHY,
11    individually and in his official
12    capacity as an Employee, Agent,
13    and/or Officer of the Boston
14    Police Department
15         Defendants
16    _____
17
18
19
20
21
22
23
24
```

**Jonathan Green**
**April 19, 2012**

3

```
 1                 APPEARANCES OF COUNSEL

 2

 3   For the Plaintiff:

 4   LAW OFFICE OF GORDON W. SPENCER
     (BY:  GORDON W. SPENCER, ESQ.)
 5   945 Concord Street
     Framingham, Massachusetts  01701
 6   T:   508.231.4822
     F:   508.231.4824
 7   E:   attyspencer@aol.com

 8

 9   For the Defendants:

10   CITY OF BOSTON, LAW DEPARTMENT
     (BY:  MICHELLE K. HINKLEY, ESQ.)
11   (BY:  LISA SKEHILL MAKI, ESQ.)
     City Hall, Room 615
12   Boston, Massachusetts  02210
     T:   617.635.4022
13   F:   617.635.3199
     E:   michelle.hinkley@cityofboston.gov
14

15

16

17

18

19

20

21

22

23

24
```

**Jonathan Green**
**April 19, 2012**

4

```
                          I N D E X


WITNESS:              JONATHAN GREEN


EXAMINATION BY:                                    PAGE

Ms. Hinkley                                          5


EXHIBIT                                            PAGE

Exhibit 5, presentment letter............13
Exhibit 6, Hyacinth Juste's statement.....16
Exhibit 7, Hyacinth Juste's statement.....19
Exhibit 8, answers to interrogatories.....30
Exhibit 9, complaint......................38


*Ms. Hinkley retained exhibits
```

**Jonathan Green**
**April 19, 2012**
73

```
 1  were you going?
 2      A.  I wasn't going anywhere.  I was standing on
 3  the sidewalk in front of the store.
 4      Q.  Why were you standing on the sidewalk?
 5      A.  Well, I saw him coming out.  I stepped off
 6  the sidewalk and began to make a phone call into my
 7  voice mail.  I stepped back onto the sidewalk to
 8  organize the stuff that I was having, which was my
 9  keys, over-the-shoulder bag, my cell phone.  And I
10  had a bottle.
11      Q.  Why did you have to organize your stuff?
12      A.  Well, because I had it inside -- I had it
13  in my hand all over the place.  And I had the bag on
14  my shoulder, and the bag was in front of me instead
15  of behind me.
16          So basically, I was going to open up the
17  bag and drop everything that I had in my hands
18  inside of it.  So I stepped back onto the sidewalk
19  instead of standing in the street.
20      Q.  So there was nothing in your bag?
21      A.  There was clothing in my bag.
22      Q.  Why did you have all the stuff in your
23  hands?
24      A.  Because I had come from the gym.  I had a
```

Jonathan Green
April 19, 2012

74

```
 1   phone which was in my hand.  I had my keys which was
 2   in my hand.  I had a bottle which was in my hand.
 3   Why wouldn't I have it in my hand?
 4       Q.  I don't know.  When you left the store,
 5   where were you intending on going?
 6       A.  When I left the store, again, I walked
 7   outside.
 8           MR. SPENCER:  Where were you intending
 9   on going?
10       A.  I was intending on going home.
11       Q.  And the voice mail that you were checking
12   was to your home line; is that correct?
13       A.  It was inside of my cell phone.
14       Q.  You were checking your cell phone --
15       A.  Voice mail.
16       Q.  -- voice mail?
17       A.  Yes.
18       Q.  On the sidewalk?
19       A.  Yes.
20       Q.  Were you expecting a call?
21       A.  No.
22       Q.  Did you have any indication that you had a
23   voice mail?
24       A.  I did.
```

Jonathan Green
April 19, 2012

81

```
 1   Next question.
 2        Q.   Could you see everyone's hands while you
 3   were against the cruiser?
 4        A.   No.
 5        Q.   No?  Could you see Officer McCarthy's hands
 6   at all times against the cruiser?
 7        A.   No.
 8        Q.   When you were against the cruiser, which
 9   direction were you looking?
10        A.   Well, my chest was up against the back door
11   and male officer over here, female officer over
12   here.  Basically, over the roof of the cruiser.
13        Q.   Were you looking straight --
14        A.   Just, sort of --
15        Q.   -- over the cruiser?
16        A.   -- kind of, around.
17        Q.   What does "kind of around" mean?
18        A.   Just what was in front of me, what was to
19   my right, what was to my left.
20        Q.   What was in front of you?
21        A.   Apartment building.
22        Q.   And when Officer McCarthy did what you
23   allege he has done, where was everybody's hands?
24        A.   The female officer was standing on my left.
```

```
 1  The male officer was on my right.
 2       Q.   And where were the female officer's hands
 3  at that point?
 4       A.   I don't know where her hands were.
 5       Q.   Where were the male officer's hands at that
 6  point?
 7       A.   I don't know where his hands were.  I knew
 8  where they were standing.
 9       Q.   At any point against the cruiser, did any
10  of the officers touch your head?
11       A.   No.
12       Q.   What do you mean -- your last deposition,
13  you testified that you never squared off with any of
14  them, "I never went toe to toe with any of them."
15  What did you mean by that?
16       A.   What I mean by that is I was not standing
17  in any threatening position, hands up, face to face
18  with anybody or toe to toe like we're getting ready
19  to get into a brawl or a fight.
20       Q.   At any point, did you lay a hand on an
21  officer?
22       A.   Never.
23       Q.   Never?
24       A.   Never.
```