# EXHIBIT I

| Customer | Account Number | Bill Period | Bill Date |
|---|---|---|---|
| Jonathan Green | 715341541 | Apr 19-May 18 | May 22, 2007 |

# Call details

## (617) 304-0169 (Continued)

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 62 | 05/06 | | | | | | |
| 63 | 05/07 | 12:02 AM | 310-821-1066 | CULVERCITY,CA | NW/PU | 1 | |
| 64 | 05/07 | 07:31 PM | 617-470-3409 | BOSTON,MA | NW/PU | 1 | |
| 65 | 05/07 | 07:33 PM | 781-297-2073 | STOUGHTON,MA | NW/PU | 1 | |
| 66 | 05/07 | 09:32 PM | 781-297-2073 | STOUGHTON,MA | NW/PU | 21 | |
| 67 | 05/07 | 10:06 PM | 413-594-2062 | Incoming | NW/PU | 1 | |
| 68 | 05/08 | | | | | | |

NW - Night and Weekends PU - Plan/Promotional Usage