# EXHIBIT J

Pages 1-28

## BOSTON POLICE DEPARTMENT

INTERNAL AFFAIRS DIVISION
IAD CASE NO.: 190-07

### INTERVIEW OF MR. JONATHAN GREEN

Requested By: Sergeant Detective Dennis White

Held at:       Boston Police Headquarters
               1 Schroeder Plaza
               Boston, Massachusetts 02120

Taken on:      September 29, 2007

3

# I N D E X

Inquired of:                                        Pages

By Sergeant Detective White                    4

By Sergeant Eddings                            25

1      McCarthy is the only officer that you're

2      complaining about?

3   A.  Yes.  None of the other officers like I said that

4      showed up -- there was no other escalation with

5      them on that issue.

6   Q.  Now my question is where were the other officers

7      standing when you were -- you stated you saw?  Do

8      you know where the female was or the male?

9   A.  I think the female officer was on my left.  If I

10     can recall, I remember looking to my left, which

11     would have been facing down West Newton Street,

12     and I could look out onto Huntington Avenue, so if

13     I'm correct she was on my left, and they were just

14     if I'm correct standing here, so he came from

15     behind and grabbed me by the collar and by this

16     time I'm in the cuffs and, you know --

17  Q.  And you said your face -- he slammed your head and

18     face on the car?

19  A.  Yeah, on the roof of the car.  It was my right

20     side.

21  Q.  So the other officers that were there would it be

22     fair to say that they had a clear view of what was

23     going on?  They weren't like behind a building or

24     behind --

1   A.   No, no.  They could all stand and they were all in

2        the same vicinity.  Nobody was in the car that I

3        can recall or looking down the street or -- you

4        know, like I said, I mean, I had my chest up

5        against the car, so I don't really know what was

6        going on behind me, just on the side of me.

7                          **SERGEANT DETECTIVE WHITE**: Sergeant

8             Eddings, is there anything you'd like to add?

9   **INQUIRED OF BY SERGEANT EDDINGS:**

10  Q.   Just a quick question.  You stated you got

11       transported to the station.  Who took you to the

12       station?

13  A.   I was transported to the station by -- if I'm

14       correct -- I think it was the female officer and

15       the male partner that showed up if I'm correct.  I

16       think it -- yeah, I think it was the same vehicle

17       that they pulled up in coming up St. Botolph and,

18       you know, as you get to the end of St. Botolph to

19       go across, it's that intersection, so they pulled

20       in to the intersection to the left like they was

21       going to go down and you would get on Huntington

22       Avenue.  I think it was their car -- their vehicle

23       that I was transported.

24  Q.   Do you recall any other units responding?