**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**USDC NO. 1:09-11705-NG**

| |
|---|
| **JONATHAN GREEN**<br>            Plaintiff,<br><br>v.<br><br>**TIMOTHY McCARTHY, the CITY OF BOSTON, the COMMISSIONER OF THE BOSTON POLICE DEPARTMENT EDWARD DAVIS,**<br>                        Defendants. |

**DEFENDANT, CITY OF BOSTON AND POLICE COMMISSIONER EDWARD DAVIS' MOTION FOR SUMMARY JUDGMENT**

Now come the City of Boston and Police Commissioner Edward Davis and move pursuant to Fed. R. Civ. P. 56 for summary judgment. As grounds, the City of Boston and Commissioner Davis state that they are entitled to judgment as a matter of law based on the Plaintiff's failure to prove that Defendant McCarthy committed a constitutional violation, and in the alternative that the Plaintiff is unable to submit any evidence to demonstrate that the City and Commissioner Davis failed to properly train or supervise Defendant McCarthy. As further grounds in support of this motion, the City and Commission submit the attached memorandum of law.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this day, a copy of this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.<br><br>May 21, 2012   /s/ Lisa Skehill Maki<br>Date            Lisa Skehill Maki | Respectfully submitted,<br>DEFENDANT, CITY OF BOSTON<br>William F. Sinnott,<br>Corporation Counsel<br><br>By its attorneys,<br><br>/s/ Lisa Skehill Maki<br>Lisa Skehill Maki, BBO # 675344<br>Michelle Hinkley BBO #<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>One City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4022 (Maki)<br>(617) 635-3238 (Hinkley)<br>Lisa.Maki@cityofboston.gov<br>Michelle.Hinkley_@cityofboston.gov |

## 7.1 Certification

Undersigned counsel certifies that on May 21, 2012, pursuant to LR, D. Mass. 7.1(a)(2), counsel for the Defendant, City of Boston, Michelle Hinkley, attempted to confer with counsel for the Plaintiff and was unable to reach him in order to resolve or narrow the issues.

Date:   May 21, 2012                                                       /s/ Lisa Skehill Maki
                                                                                        Lisa Skehill Maki