# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**USDC NO. 1:09-11705-NG**

| |
|---|
| **JONATHAN GREEN**<br>   **Plaintiff,**<br><br>**v.**<br><br>**TIMOTHY McCARTHY, the CITY OF BOSTON, the COMMISSIONER OF THE BOSTON POLICE DEPARTMENT EDWARD DAVIS,**<br>   **Defendants.** |

## AFFIDAVIT OF COUNSEL

I, Lisa Skehill Maki, on oath do depose and state as follows:

1. I am an attorney in good standing licensed to practice in the Commonwealth of Massachusetts.

2. I represent the Defendants in the above-captained matter.

3. True and accurate copies of the documents in support of the *Defendants, City of Boston and Police Commissioner Edward Davis' Motion for Summary Judgment* are enclosed herewith for filing.

*Signed under the pains and penalties of perjury this 21st day of May, 2012.*

   /s/ Lisa Skehill Maki
   Lisa Skehill Maki