# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A.NO.  09-11705-NG

_____

|  |  |
|---|---|
| JONATHAN GREEN | ) |
|  | ) |
| Plaintiff. | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF BOSTON; EDWARD DAVIS, in his capacity as CHIEF OF THE BOSTON POLICE DEPT; TIMOTHY MCCARTHY, individually and in his official capacity as an Employee, Agent, and/or Officer of the BOSTON POLICE DEPARTMENT | ) |
| Defendants. | ) |

_____)

## MOTION IN OPPOSITION TO DEFENDANT TIMOTHY MCCARTHY'S MOTION FOR SUMMARY JUDGMENT

NOW comes the Plaintiff, Jonathan Green, and pursuant to Fed.R.Civ.P.56 request that this Honorable Court **DENY** summary judgment in the Defendant's favor, as the Plaintiff has demonstrated an issue of fact as to whether Defendant Timothy McCarthy committed excessive force when he slammed the Plaintiff's head against a police cruiser after he was placed in handcuffs. This issue of fact is created by the Plaintiff's own testimony, stating he is **100% certain** that it was the Defendant, Timothy McCarthy who perpetrated this act upon him.  The Plaintiff also submits the affidavit of the undersigned in support of his motion.

> Respectfully Submitted,
> JONATHAN GREEN
> By his Attorney,
>
> /s/ Gordon W. Spencer___
> Gordon W. Spencer, Esq.
> 945 Concord Street
> Framingham, MA 01701
> BBO# 630488
> (508) 231-4822

Dated: June 11, 2012

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing motion upon all counsel of record, via electronic transmission, this 11th day of June, 2012.

/s/ Gordon W. Spencer