# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

C.A.NO. 09-11705-NG

_____

|  |  |
|---|---|
| JONATHAN GREEN | ) |
|  | ) |
| Plaintiff. | ) |
|  | ) |
| v. | ) |
|  | ) |
| CITY OF BOSTON; EDWARD DAVIS, in his | ) |
| capacity as CHIEF OF THE BOSTON POLICE | ) |
| DEPT; TIMOTHY MCCARTHY, individually | ) |
| and in his official capacity as an Employee, | ) |
| Agent, and/or Officer of the BOSTON POLICE | ) |
| DEPARTMENT | ) |
| Defendants. | ) |

_____)

## AFFIDAVIT OF COUNSEL

I, Gordon W. Spencer, hereby do depose and state under oath as follows:

1. I am an attorney licensed (and in good standing) to practice law in the Commonwealth of Massachusetts, and I represent the Plaintiff in the above-captioned matter, and I have first-hand knowledge of the claim hereunder.

2. I attest that true and accurate copies of the documents in support of the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment, are enclosed herewith for filing.

Signed under the pains and penalties of perjury this 11th day of June, 2012.

/s/ Gordon W. Spencer