FILED
IN CLERKS OFFICE

2012 AUG 10 P 12:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

8/9/12

To:

The United States District Court
District of Massachusetts (Boston)
Civil Docket for case #: 1:09-cv-11705-NMG
Green v. McCarthy

Dear

Mrs Kelly-Anne Clerk to the honorable Judge Nathaniel M. Gorton and the court.

I'm sending this letter as you requested to imform the court that I, Jonathan Green and the Lawyers committee for civil rights who has been assisting me in finding proper representating in the matter before your court. We recieved a very short notice a few days ago about this weeks deadline to notify the

the Court Concerning New repersentation in the Case. And Just last week towards its very end the lawyers Committee and myself recieved the entire case file without anytime or a chance for us to review any of its Contents.

I sincerely thank you for your attention and time concerning this matter of Importants to me

*[signature: Jonathan Green]*